UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 13-949 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BOARD OF PRISON TERMS, | |
| Defendant. | |

This action is dismissed because it is barred by the statute of limitations.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 10, 2013

_____
SUSAN ILLSTON
United States District Judge